**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION**

| | | |
|---|---|---|
| **GABRYELLE DANIELS,** *Plaintiff* | § § § § § § § § § § § § | |
| **v.** | | **P:25-CV-00036-DC** |
| **STATE OF TEXAS DFPS, et al.,** *Defendants* | | |

## ORDER

Before the Court is the Report and Recommendation from United States Magistrate Judge David. B. Fannin concerning Plaintiff's Complaint (Doc. 1) and Motion to Proceed *in forma pauperis* (Doc. 2).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed dispositive findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error or conclusions that are contrary to law. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because Plaintiff has filed timely objections, the Court reviews the R&R *de novo*.

The Magistrate Judge recommended dismissal of Plaintiff's claims without prejudice, finding that the suit was frivolous because it is a duplicate of a suit already pending in the Austin Division. (Doc. 3 at 2). In her response, Plaintiff assures that she did not mean to file

the claim in bad faith and that "procedural delays, oversights, and the Austin Divisions [sic]

actions" caused her to file the duplicate claim and have "unjustly deprived [her] of a fair

opportunity to be heard." (Doc. 6 at 3).

Since the R&R was issued, the Austin Division case has been dismissed as frivolous

(Doc. 13). There, Judge David A. Ezra found that Defendant TDFPS is entitled to sovereign

immunity and that Plaintiff failed to state a claim against any individual defendant (*Id.* at 4).

This Court finds that even though the complaint in the Austin Division's case and this case

differ in some respects, the same issues plague this case. As a result, the case should be

dismissed.

Having confirmed that the Austin case has been dismissed, the Court rejects the R&R

**AS MOOT** and separately **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims

against the individual Defendants and **DISMISSES WITH PREJUDICE** Plaintiff's claims

against TDFPS.

It is so **ORDERED**.

SIGNED this 16th day of March, 2026.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE